

**Sam Seltzer's**
# STEAKHOUSE
**The Biggest Steakhouse In Town**

FILED
FEB 1 2 2001
LARRY W. PROPES, CLERK
COLUMBIA, S.C.

Honorable Judge, Mathew Perry:

    We, the management team of Sam Seltzer's Steakhouse, are writing a recommendation for Tracy Basham for the following reasons:

    Ms. Basham will be employed with us for one year as of February 22nd, 2001. She is a reliable and hard working server. She has always been a dependable asset with an outstanding work ethic. Ms. Basham has proven herself both competent and trustworthy in handling and being accountable on average of about seven hundred dollars per shift. During the month of November, Tracy was awarded Employee of the Month.

    Tracy has an excellent relationship with her customers, who specifically request her as their server. We should also mention she has repeatedly scored in the highest percentile on her mystery shopper reports.

    Ms. Basham's continued employment here is important to not only this management team but also to the staff here at Sam's. Tracy has an outstanding personality and is very well liked.

    Ms. Basham is an integral and welcomed member of our staff. We would be very sorry to see her go, and hope this recommendation shows how we feel about her.

Sincerely,
The Management Team
Sam Seltzer's Steakhouse

Anthony Jonovitch
General Manager

Harry Davis
Assistant Manager

800 E. Altamonte Drive • Altamonte Springs, FL 32701 • (407) 332-7267 • Fax (407) 332-7263

33